16991

JOHN A. SEABER and C. P. AIKEN, Appellants, v.
AUGUST KOHN, JR., Respondent

(86 S. E. (2d) 872)

104

*Messrs. Edens & Woodward,* of Columbia, *for Appellants,*

*Fred D. Townsend, Esq.,* of Columbia, *for Respondent,*

April 13, 1955.

PER CURIAM.

The Order of Honorable J. M. Brailsford, Jr., has been carefully considered in the light of the record and the exceptions, and we find no error.